No. 09-1246. DESIA, TRUSTEE OF THE BARBARA BESS TRUST *v.* GE LIFE & ANNUITY ASSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 09-1255. LIMMER ET AL. *v.* MISSOURI PACIFIC RAILROAD CO., DBA UNION PACIFIC RAILROAD CO. Sup. Ct. Tex. Certiorari denied.

No. 09-1259. LONBERG *v.* CITY OF RIVERSIDE, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 09-1270. UNIVERSITY OF SOUTH CAROLINA *v.* UNIVERSITY OF SOUTHERN CALIFORNIA. C. A. Fed. Cir. Certiorari denied.

No. 09-1271. BYERS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 09-1284. McSHERRY *v.* CITY OF LONG BEACH, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09-1303. SMITH ET UX. *v.* McCARTHY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DEPUTY SHERIFF, NELSON COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 09-1305. ZURICH AMERICAN INSURANCE CO. ET AL. *v.* PIONEER NATURAL RESOURCES USA, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 09-1319. HINKLE OIL & GAS, INC. *v.* BOWLES RICE MCDAVID GRAFF & LOVE, LLP, ET AL. C. A. 4th Cir. Certiorari denied.

No. 09-1322. KOUBRITI *v.* CONVERTINO. C. A. 6th Cir. Certiorari denied.

No. 09-1324. MRACEK *v.* BRYN MAWR HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 09-1325. MILLS, DIRECTOR OF THE INDIANA DEPARTMENT OF FINANCIAL INSTITUTIONS *v.* MIDWEST TITLE LOANS, INC. C. A. 7th Cir. Certiorari denied.